**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOYCE A SCOTT**                                                                 **PLAINTIFF**

**v.**                                   **4:09CV00930-BRW**

**POSTAL SERVICE (U.S.)**
**JOHN E. POTTER, POSTMASTER GENERAL**                        **DEFENDANT**


**JUDGMENT**

Based on an Order entered this date, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of October, 2011.


                                                    /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE