IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOYCE A SCOTT**                                                                                          **PLAINTIFF**

**v.**                                             **4:09CV00930-BRW**

**POSTAL SERVICE (U.S.)**
**JOHN E. POTTER, POSTMASTER GENERAL**                           **DEFENDANT**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of October, 2011.


                                        /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE